FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 1 4 2019
James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BH MANAGEMENT agent of Stone Ridge at Vinings Apts., | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION FILE NO. 1:18-CV-5441-ODE-CCB |
| SHANAY FOSTER and all others, | : | |
| Defendant | : | |

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Christopher C. Bly filed December 6, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Bly recommends that this case be remanded to the Magistrate Court of Cobb County. Remand is warranted because this Court lacks jurisdiction.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Cobb County, Georgia.

SO ORDERED, this __11__ day of January, 2019.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE